# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: **ALEX R. HESS** | ) ) ) ) ) ) ) ) | MISC. BUSINESS DOCKET<br>No.: 23-mc-91597-FDS |

## ORDER OF TERM SUSPENSION

WHEREAS, on November 13, 2023, the Supreme Judicial Court for the Commonwealth of Massachusetts has caused to be filed with this Court a certified copy of a Order of Term Suspension with respect to **ALEX R. HESS**.

1. WHEREAS, pursuant to Local Rule 83.6.9, Notice of Filing of Disciplinary Action and Order to Show Cause were filed in this Court on November 14, 2023. In addition, a copy of the Notice and Order (along with a copy of our Local Rule) were electronically mailed to **ALEX R. HESS**'s address on file with this Court.

2. WHEREAS, **ALEX R. HESS** has failed to object or otherwise respond within twenty-eight (28) days.

WHEREFORE, pursuant to Local Rules 83.6.9(c), this Court hereby imposes the identical discipline, and **ALEX R. HESS** is hereby Suspended from this Court.


Dated:  December 28, 2023              /s/ F. Dennis Saylor
                                       F. Dennis Saylor IV
                                       Chief Judge, United States District Court